IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT T. STRATTON,
    Plaintiff
V.
CO III. LT. J.A. TONY, et al,
    Defendants.

Civil Action No.# 05-1601
Chief Judge, Donetta W. Ambrose/
Magistrate Judge, Lisa Pupo
Lenihan

## NOTICE OF APPEAL

Plaintiff moves in this Court pursuant to the Pa. Rules of Civil Appellate Procedures (that applies herewith); pursuant to ORDER of this Court Dated/Filed: December First (1ST) 2005, Directing Plaintiff to: 1. Submit his civil action in this Court before December 28th 2005; 2. Provide the Clerk with a true and correct copy of Complaint and Service for each Defendant of this action before December 28th 2005; OR 3. Face issuance of ORDER to Show Cause, in contest of DISMISSAL; OR... 4. Submit a "Notice of Appeal", appealing this December 1ST 2005 ORDER.....

In which now Plaintiff here brings this NOTICE OF APPEAL [this Monday December 5th, 2005.] in compliance with RULE 72.1.3 (B) of the Local Rules for Magistrates, and Herewith the following factors Plaintiff Presents in support of his Notice of Appeal:

-1. Plaintiff has and continues to work diligently to complete his civil action complaint to the best of his proformance [e.g. under present sufferance of neurological complications and daily administration of psychotrophic drugs to aid mental disability.] And yet, has became subject (target) by Correctional Officials of unwarranted interferance, obstruction, and confiscation of pages and elements of my complaint on dates: 11/11/05: [(approx. 1830 hours) involving Defendants COI "crotch" crouch, & COII. Sgt. "ACE" Bankefelt, who took pages of my complaint during a "cell search".] And 11/14/05 [(approx. 0115 hours) involving Defendant COI. AA. "Bones" Morris, (with COI Bisco) conspiring] took several pages of my complaint during a "cell search" (with addition of pages taken of my complaint on 11/11/05). I was given an "Confiscated Items Receipt" (No.# AS17425) falsely alleging "only" two (2) pages of my complaint was taken and held to be reviewed by security staff officials, yet "not" a single page of Plaintiff's complaint has been "returned" (see Exhibit "A" attached)

Page 1 of 3

2. In addition to Facts in #1. mentioned above (Retaliatory Events) Delay is not on part of Plaintiff, and Plaintiff is... By Such, Forced to Reproduce, Reconstruct and continue the Pursuance to complete His Civil Action Complaint By what limited "Resources" He is provided... Those "Resources" Being: (See Exhibit "B" and "C" attached). By Policy of the Department of Corrections, (DOC), Plaintiff shall not be provided more than Ten ($10.00) Dollars per month, to aid in legal affairs (Photocopies/Postage/Etc.) Never to exceed this limit ($10.00 per month) under no circumstance!!! And By "Debt", is to be Restored!

3. Plaintiff here provides Exhibit "D" (Photocopy of Involuntary Committment to Mental Health Hospital in 2000) to confirm legitimacy of Plaintiff's mental Disability asserted in #1. (above) Whereby, ultimately, Plaintiff may have to seek the assistance of appointment of counsel, due to his present conditions, Disabilities, and Neurological afflictions.

4. Regarding Facts Herein, and Exhibits (A,B,C,&D) attached Plaintiff moves in this court for an "Order" issued Granting (1.) An Order to Suspend D.O.C. Policy (e.g. Exhibit "B" and "C" attached) enabling Plaintiff unlimited Resource Relating to legal affairs (i.e. Photocopies, Postage Securities, Research, Etc..) [OR] an Order Directing the U.S. Western District Court Clerk, to Reproduce, Properly Distribute, and Provide Plaintiff with photocopies of all... "Actions, Motion, Orders, Petitions Etc" Brought By Plaintiff in this court, And (2.) Plaintiff seek an "Order" Granting Him an Extention of Time "Not" to exceed the Date of January 20th, 2006 By which within such Time period Plaintiff Believes He would have submitted His complaint if not sooner.

5. Plaintiff affirms that "Verification" and Certificate of Service is here attached.

*signature*

Pro Se. Robert T. Stratton
(DA-2917) 175 Progress Drive
Waynesburg PA. 15370

Page 2 of 13

This 5th, Day of December 2005

## VERIFICATION

I, Plaintiff, Robert T. Stratton hereby verify that all mentioned herein this Notice of Appeal, and Exhibits attached are true and correct to the best of my knowledge, belief, and information received, subject under penalty of perjury laws relating to falsified untrue statements and/or testimoney

This 5th Day of December 2005

Pro Se Robert T. Stratton

---

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT T. STRATTON
    Plaintiff
V.                                  Civil Action No. 05-1601
CO III LT. JA. TONY ET AL.
    (Defn.)

## CERTIFICATE OF SERVICE

I, Plaintiff, Robert T. Stratton, do hereby certify that a true and correct copy of this "Notice of Appeal" has been served on the following below: (U.S. Western District Clerk, for the U.S. Western District Court of Pennsylvania) by placing the same in U.S. mail first class, and properly addressed as such (below) on this 5th Day of December 2005

Pro Se. Robert T. Stratton
(DA-2917) 175 Progress Drive
Waynesburg, Pa. 15370

12/14/05 The appeal is denied as the order of the Magistrate Judge dated 11/20/05 is neither clearly erroneous nor contrary to law.

Donetta W. Ambrose

Page 3 of 3