IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT T. STRATTON,<br><br>              Plaintiff,<br><br>v.<br><br>COIII. LT. J.A. TONY; MS. DIANE MANSON, *Correctional Health Care Administrator;* MR. LOUIS FOLINO *Superintendent;* MR. THOMAS (ACTION) JACKSON, *Deputy Superintendent;* COI M. (SHEEPMAN) EITNER; MS. MICHELLE (JEZABELL) DIGGS; *Physician Assistant;* MS. S. (BABY ELEPHANT) HICKMAN, *Physician Assistant;* MS. N. ZIEGLER, *Physician Assistant;* MR. (DR.) FALOR, *Physician;* COI. J.A. (SNAKE) MORRIS; COI. (GRAVEDIGGER) GRAVES; MS. MARY ANN (UPIG'IK) MISTRIK, *Disciplinary Hearing Examiner;* COI. (TEA BAG) SPECHT; MR. DAN DAVIS, *Grievance Coordinator/Superintendent's Assistant;* MR. ERIC DOE, *Mail Inspector #4;* COIII. LT. D.P. (BUDA) MEIGHEN; COIII. LT. (RAM) WORKMAN; COII. SGT. (BA'KIA) KENNEDY; COI (DOOFUS) DURKACS; COIII. LT. (BRUTIS) SANTOYO; COII. SGT. (WEASEL) MICHNIAK; COI. (BLUE DEVIL) ROHRER; COIII. LT. (RALPH) AUGUSTINO; COI. W. (MASK) KRONARDER; COII. SGT. (ACE) BARKEFELT; COI. (CRAP) NOAK; COI. (NOSE) ZSOMBROKY; COI. (HUNCHBACK) YOUNKIN; JOHN DOE, *Optometrist;* JOHN DOE, *White Male Nurse;* COI. CREE; COI. F.L. (BOOK) COLE; COI. (CORNBREAD) ANDERSON; COI. ARDABELL; COI. (CROTCH) CROUCH; COII. SGT. (CAVEMAN) CHAPMAN; COIII. LT. (HOOK) KIRBY; COII. SGT. CONNOR; COI. CONN; COII. SGT. KRANDAS; COII. SGT. STEWART, *(Ground Hog);* COIII. LT. LEGGETTE; COI. J. QUATTRO; MR. DAVID DAY, *Unit Manager;* MS. TAMI HOOKER, *Reverend;* MR. M. SMITH, *Activities;* | Civil Action No. 05 - 1601<br><br>Chief Judge Donetta W. Ambrose /<br>Magistrate Judge Lisa Pupo Lenihan |

| | |
|---|---|
| COI. O.R. DAVIS  COV. MAJ. MARTIN; COIV. CAPT. (SLAP HAPPY) NORMAN; COIV. CAPT. GRAINEY; MS. JEAN W. SCOTT, *Business Manager*; MS. DENISE DOE, *(White Female Nurse)*; MS. DIANE DOE,*(White Female Nurse)*; MS. KELLIS GETTY, *Nurse*;  MR. "JOHN DOE" (BROWN),*(White Male Nurse);* JOHN DOE, *(White Male Nurse) (Earl);*  MR. KAHN, *(Dr.) Psychiatrist;* MR. DITTS, *Psychologist;* MR. DANOTO, *Psychologist;*  MR. CRISTINI, *Counselor (Former COI);* COI. TREECE; MR. DAVID SACKS, *Psychologist;*  MS. BARBARA DOE, *(White Female Nurse)*; MS. ALTMAN, *(White Female Nurse);*  MS. JANE DOE, *(White Female Nurse);* JOHN DOE, *(White Male Nurse) (Elvis)*; JOHN DOE, *(White Male Nurse) (Hott);*  JANE DOE, *(White Female Nurse) (Haggartha);* MS. ANGELA DOE *(White Female Nurse);* MR. ROBERT BITNER, *Chief Hearing Examiner;* COI. (HERPY) STEPHEN; COI. A.A. (BONES) MORRIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## **ORDER**

The Court entered an Order (Doc. No. 11) on March 21, 2006, that Plaintiff was to file a complaint along with the appropriate number of service copies no later than March 31, 2006. On March 30, 2006, Plaintiff filed an Appeal (Doc. No. 12) of the order to the District Judge as well as a "Motion for Arrested Judgment" (Doc. No. 13), which the Court interprets as a motion to stay while the appeal is being reviewed. The District Judge entered an Order (Doc. No. 14) denying Plaintiff's appeal on April 4, 2006. Therefore,

**IT IS ORDERED** this 4th day of April, 2006, that Plaintiff's "Motion for Arrested Judgment" (Doc. No. 13), which this Court interprets as a motion to stay, is **GRANTED**.

**IT IS FURTHER ORDERED** that since the appeal has been ruled upon, Plaintiff must comply with the March 21, 2006, order no later than **April 18, 2006.** Failure to file a complaint in accordance with the March 21, 2006, order will result in a report being issued to the District Judge recommending dismissal of this case.

**IT IS FURTHER ORDERED** that the no further extensions shall be granted.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: ROBERT T. STRATTON
DA-2917
SCI Greene
175 Progress Drive
Waynesburg, PA 15370