IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT T. STRATTON , | ) |
| | ) Civil Action No. 05 - 1601 |
| Plaintiff, | ) |
| | ) Chief Judge Donetta W. Ambrose / |
| v. | ) Magistrate Judge Lisa Pupo |
| | ) Lenihan |
| COIII. LT. J.A. TONY;  MS. DIANE MANSON , | ) |
| *Correctional Health Care Administrator;*  MR. | ) Doc. No. 30 |
| LOUIS FOLINO *Superintendent;*  MR. THOMAS | ) |
| (ACTION) JACKSON, *Deputy Superintendent*;  COI | ) |
| M. (SHEEPMAN) EITNER;  MS. MICHELLE | ) |
| (JEZABELL) DIGGS; *Physician Assistant*;  MS. S. | ) |
| (BABY ELEPHANT) HICKMAN, *Physician* | ) |
| *Assistant;*  MS. N. ZIEGLER, *Physician Assistant*; | ) |
| MR. (DR.) FALOR, *Physician;*  COI. J.A. (SNAKE) | ) |
| MORRIS;  COI. (GRAVEDIGGER) GRAVES; MS. | ) |
| MARY ANN (UPIG'IK) MISTRIK, | ) |
| *Disciplinary Hearing Examiner*; COI. (TEA BAG) | ) |
| SPECHT;  MR. DAN DAVIS, *Grievance* | ) |
| *Coordinator/Superintendent's Assistant*;  MR. ERIC | ) |
| DOE, *Mail Inspector #4*;  COIII. LT. D.P. (BUDA) | ) |
| MEIGHEN; COIII. LT. (RAM) WORKMAN;  COII. | ) |
| SGT. (BA'KIA) KENNEDY; COI (DOOFUS) | ) |
| DURKACS;  COIII. LT. (BRUTIS) SANTOYO; | ) |
| COII. SGT. (WEASEL) MICHNIAK; COI. (BLUE | ) |
| DEVIL) ROHRER; COIII. LT. (RALPH) | ) |
| AUGUSTINO; COI. W. (MASK) KRONARDER; | ) |
| COII. SGT. (ACE) BARKEFELT; COI. (CRAP) | ) |
| NOAK; COI. (NOSE) ZSOMBROKY; COI. | ) |
| (HUNCHBACK) YOUNKIN; JOHN DOE, | ) |
| *Optometrist;* JOHN DOE, *White Male Nurse;* COI. | ) |
| CREE; COI. F.L. (BOOK) COLE; COI. | ) |
| (CORNBREAD) ANDERSON; COI. ARDABELL; | ) |
| COI. (CROTCH) CROUCH;  COII. SGT. | ) |
| (CAVEMAN) CHAPMAN; COIII. LT. (HOOK) | ) |
| KIRBY; COII. SGT. CONNOR;  COI. CONN; COII. | ) |
| SGT. KRANDAS; COII. SGT. STEWART, *(Ground* | ) |
| *Hog);* COIII. LT. LEGGETTE; COI. J. QUATTRO; | ) |
| MR. DAVID DAY, *Unit Manager;*  MS. TAMI | ) |
| HOOKER, *Reverend;*  MR. M. SMITH, *Activities;* | ) |

| | |
|---|---|
| COI. O.R. DAVIS  COV. MAJ. MARTIN; COIV. CAPT. (SLAP HAPPY) NORMAN; COIV. CAPT. GRAINEY;  MS. JEAN W. SCOTT, *Business Manager*; MS. DENISE DOE, *(White Female Nurse);* MS. DIANE DOE,*(White Female Nurse)*; MS. KELLIS GETTY, *Nurse;*  MR. "JOHN DOE" (BROWN),*(White Male Nurse);* JOHN DOE, *(White Male Nurse) (Earl);*  MR. KAHN, *(Dr.) Psychiatrist;* MR. DITTS, *Psychologist;* MR. DANOTO, *Psychologist;*  MR. CRISTINI, *Counselor (Former COI);* COI. TREECE; MR. DAVID SACKS, *Psychologist;*  MS. BARBARA DOE, *(White Female Nurse)*;  MS. ALTMAN, *(White Female Nurse);*  MS. JANE DOE, *(White Female Nurse);* JOHN DOE, *(White Male Nurse) (Elvis)*; JOHN DOE, *(White Male Nurse) (Hott);*  JANE DOE, *(White Female Nurse) (Haggartha);* MS. ANGELA DOE *(White Female Nurse);* MR. ROBERT BITNER, *Chief Hearing Examiner;* COI. (HERPY) STEPHEN; COI. A.A. (BONES) MORRIS, <br><br>　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

　　　　Pending before the Court is a Motion for Stay of Proceedings. The basis for this motion is Plaintiff's allegations that he filed an Amended Complaint on August 31, 2006, which he says has not been filed. He requests a stay to explore what happened to this document.

　　　　A search of the docket (A copy of which is included herewith) reveals that indeed an Amended Complaint was docketed with this Court on September 1, 2006.  This Amended Complaint was against the named defendants as listed on the docket. A Second Amended Complaint, naming yet additional defendants was docketed on September 19, 2006. It appears, therefore, that Plaintiff's request for stay if based upon faulty information as both of his amended complaints have been received by the Court. It is noted, however, that the amended complaints cannot be served until the

2

Court receives a copy of each of the Amended Complaints for EACH of the named defendants, together with appropriately completed service forms. Therefore,

**IT IS HEREBY ORDERED**, this 2nd day of October, 2006, that Plaintiff's Motion for Stay (Doc. No. 30) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

        /s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:    ROBERT T. STRATTON
       DA-2917
       SCI Greene
       175 Progress Drive
       Waynesburg, PA 15370