IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROBERT STRATTON, | ) | Civil Action No. 05 - 1601 |
|  | ) |  |
| Plaintiff | ) | Judge Donetta W. Ambrose/ |
|  | ) | Magistrate Judge Lisa |
| vs. | ) | Pupo Lenihan |
|  | ) |  |
| CO III Lt. J.A. TONY et al., | ) |  |
|  | ) |  |
| Defendants | ) |  |
|  | ) |  |

**ORDER**

Plaintiff filed what he has called a "Request and Recommendation" (Doc. No. 35) on October 6, 2006. This filing requests that the Court enter an order directing the Clerk of Court to assist Plaintiff in producing 47 service copies of his amended complaint.  While the Court understands the burden prisoners face in producing service copies of documents in litigation, the Clerk of Court is not a copy center.  The Clerk will, however, provide copies of documents at a cost of ten cents per page.  Therefore,

**IT IS ORDERED** this 10th day of October, 2006, that Plaintiff's "Request and Recommendation" (Doc. No. 35) filed October 6, 2006 is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.

Failure to appeal within ten (10) days may constitute waiver of
the right to appeal.

Lisa Pupo Lenihan
U.S. Magistrate Judge


cc:   The Honorable Donetta W. Ambrose
      Chief United States District Judge

      Robert T. Stratton
      DA-2917
      SCI Greene
      175 Progress Drive
      Waynesburg, PA 1537