IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT STRATTON, | ) | Civil Action No. 05 - 1601 |
| | ) | |
| Plaintiff | ) | Judge Donetta W. Ambrose/ |
| | ) | Magistrate Judge Lisa |
| vs. | ) | Pupo Lenihan |
| | ) | |
| CO III Lt. J.A. TONY et al., | ) | Doc. No. 37 |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER**

Plaintiff filed what he has called a "Motion for
Reproduction of Complaints" (Doc. No. 37). This filing requests
the Court to enter an order directing the Clerk of Court to
assist Plaintiff in producing 47 service copies of his amended
complaint.  This motion asks the same thing as Plaintiff's
"Request and Recommendation" (Doc. No. 35) filed on October 6,
2006, which the Court denied.  For the identical reasons set
forth in that Order,

**IT IS ORDERED** this 25th day of October, 2006, that
Plaintiff's "Motion for Reproduction of Complaint" (Doc. No. 37)
filed October 24, 2006 is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10)
days from this date to appeal this order to a district judge
pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.
Failure to appeal within ten (10) days may constitute waiver of

the right to appeal.

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:   The Honorable Donetta W. Ambrose
      Chief United States District Judge

      Robert T. Stratton
      DA-2917
      SCI Greene
      175 Progress Drive
      Waynesburg, PA 1537