IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STRATTON, | ) |
| Plaintiff, | ) Civil Action No. 05 - 1601 |
| v. | ) Chief Judge Donetta W. Ambrose |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| COIII. LT. J.A. TONY, et al | ) |
| Defendants. | ) |

## ORDER

The above captioned case was initiated by the filing of a Motion to Proceed In Forma Pauperis (Doc. No. 1) on November 4, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 10), filed on March 21, 2006, recommended that Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Doc. No. 9) filed March 10, 2006, be denied. The Plaintiff was served with the report and recommendation at SCI Greene, 175 Progress Drive, Waynesburg, PA 15370. The Plaintiff was advised he was allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 21st day of dec., 2006;

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction

(Doc. No. 9) is **DENIED**.

       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 9) is **DENIED**.

       **IT IS FURTHER ORDERED** that Plaintiff's Motion to Show Cause (Doc. No. 9), which appears to be simply a request to interpret Document Number 9 as a response to the Court's earlier Show Cause Order, is **DENIED**.

       **IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 10) of Magistrate Judge Lenihan, dated March 21, 2006, is adopted as the opinion of the court.

Dated:

By the Court:

*Donetta W. Ambrose* (signature)
Donetta W. Ambrose
Chief United States District Judge

cc:   Lisa Pupo Lenihan
      United States Magistrate Judge

      ROBERT T. STRATTON
      DA-2917
      SCI Greene
      175 Progress Drive
      Waynesburg, PA 15370