IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STRATTON, | ) |
| Plaintiff, | ) Civil Action No. 05 - 1601 |
| v. | ) Chief Judge Donetta W. Ambrose |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| COIII. LT. J.A. TONY, et al | ) |
| Defendants. | ) |

## ORDER

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* (doc. no. 1) on November 4, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 50) filed on April 23, 2007, recommended that Plaintiff's Complaint be dismissed for failure to prosecute due to Plaintiff's failure to provide the Court with service copies despite numerous orders to do so. Plaintiff was served with the Report and Recommendation at SCI Waymart and was advised he was allowed ten (10) days from the date of service to file written objections to the Report and Recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of May, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to prosecute and/or to obey court orders to provide sufficient copies for service of his Complaint..

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 50) of Magistrate Judge Lenihan, dated April 23, 2007, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

Dated:

By the Court:

*Donetta W. Ambrose* (signature)

Donetta W. Ambrose
Chief United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

ROBERT T. STRATTON , DA-2917
SCI Waymart
PO Box 256, Route 6
Waymart, PA 18472